

FILED

JUL 01 2013

CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY _____
DEPUTY CLERK

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN THE MATTER OF THE SEARCH OF:<br><br>800 KEMBLE STREET APT A<br>SACRAMENTO, CALIFORNIA, 95818 | CASE NO. 2:12-SW-163<br><br>ORDER TO UNSEAL SEARCH WARRANT |

Upon application of the United States, and good cause being shown, prior documents in the above-captioned case, including the search warrant, application for search warrant, and affidavit, are ordered unsealed.

Dated: 7/1/13

THE HON. KENDALL J. NEWMAN
UNITED STATES MAGISTRATE JUDGE

ORDER TO UNSEAL                    1